# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE BESAW, *et al.*, | Case No.:   3:15-CV-00590-RCJ-WGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| WELLS FARGO HOME MORTGAGE, *et al.*, | |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS**

IT IS HEREBY ORDERED that Plaintiff shall file an Amended Complaint in accordance with Court Order (ECF #11) on or before FRIDAY, April 29, 2016.

IT IS SO ORDERED this 29th day of March, 2016.

_____
ROBERT C. JONES
District Judge