CHARLES R. KOZAK, ESQ.
Nevada State Bar No. 11179
3100 Mill St., Suite 115
Reno, NV 89502
Phone: (775) 322-1239
Facsimile: (775) 800-1767
chuck@kozaklawfirm.com
Attorneys for Plaintiffs Nicole Besaw
and Ronnie G. Besaw

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE BESAW, and RONNIE G. BESAW,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A. which is the successor-in-interest to WORLD SAVINGS BANK, FSB and to WACOVIA; QUALITY LOAN SERVICE CORPORATION; HSBC BANK USA, National Association as Trustee for Wells Fargo Asset Securities Corporation; and DOES 1 through 15, inclusive.<br><br>Defendants. | Case No. 3:15-CV-00590-RCJ-WGC<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants Wells Fargo Home Mortgage and HSBC Bank USA, N.A., by and through their respective counsel of record, that Plaintiff shall have an extension to file its Response to Defendants' Motion for Summary Judgment for one (1) week. The Response will be due on or before July 2, 2018.

DATED this 21st day of June 2018.

KOZAK & ASSOC., LLC

By: /s/ Charles R. Kozak
Charles R. Kozak, Esq.
(SBN 11179)
3100 Mill St., Ste 115
Reno, NV 89502
Attorneys for Plaintiffs

DATED this 21st day of June 2018.

SNELL & WILMER

By: Daniel S. Ivie
Daniel S. Ivie, Esq.
SBN 10090
3100 Mill St., Ste 115
Reno, NV 89502
Attorneys for Defendants

DATED this 21st day of June 2018.

McCARTHY & HOLTHUS, LLP

By: /s/ Priscilla L. Baker
Priscilla L. Baker, Esq.
SBN 13449
9510 W. Sahara Ave., Ste 200
Las Vegas, NV 89117
Attorneys for Defendant QLS

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT.

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

KOZAK & ASSOCIATES, LLC

By: */s/ Charles R. Kozak*
　　Charles R. Kozak, Esq.
　　(SBN 11179)
　　3100 Mill St., Ste 115
　　Reno, NV 89502

Attorney for Plaintiffs