# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE BESAW, *et al.*, <br> Plaintiffs, <br> vs. <br> WELLS FARGO HOME MORTGAGE, <br> Defendant. | Case No.: 3:15-CV-00590-RCJ-WGC <br><br> **ORDER** |

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time (ECF No. 52) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file a response to Defendant's Motion for Summary Judgment (ECF No. 47) on or before July 9, 2018. No further extensions shall be granted.

IT IS FURTHER ORDERED that Oral Argument on Defendant's Motion for Summary Judgment (ECF No. 47) is set for 10:00 A.M., Tuesday, August, 14, 2018, in Reno Courtroom 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 6th day of July, 2018.

_____ <br>
ROBERT C. JONES <br>
Senior District Judge