CHARLES R. KOZAK, ESQ.
Nevada State Bar No. 11179
3100 Mill St., Suite 115
Reno, NV  89502
Phone: (775) 322-1239
Facsimile: (775) 800-1767
chuck@kozaklawfirm.com
Attorneys for Plaintiffs Nicole Besaw
and Ronnie G. Besaw

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE BESAW, and RONNIE G. BESAW,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A. which is the successor-in-interest to WORLD SAVINGS BANK, FSB and to WACOVIA; QUALITY LOAN SERVICE CORPORATION; HSBC BANK USA, National Association as Trustee for Wells Fargo Asset Securities Corporation; and DOES 1 through 15, inclusive.<br><br>Defendants. | Case No. 3:15-CV-00590-RCJ-WGC<br><br>**STIPULATION AND ORDER TO CHANGE THE DATE FOR ORAL ARGUMENTS ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants Wells Fargo Home Mortgage and HSBC Bank USA, N.A. and Defendant Quality Loan Service Corporation, by and through their respective counsel of record, that the parties agree to change the date for oral arguments on Defendants' Motion for Summary Judgment from August 14, 2018 at 10:00 a.m. to August 7, 2018 at 10:00 a.m.

///

///

///

///

| DATED this 10th day of July 2018. | DATED this 10th day of July 2018. | DATED this 10th day of July 2018. |
|---|---|---|
| KOZAK & ASSOC., LLC | SNELL & WILMER | McCARTHY & HOLTHUS, LLP |
| By: /s/ Charles R. Kozak<br>    Charles R. Kozak, Esq.<br>    (SBN 11179)<br>    3100 Mill St., Ste 115<br>    Reno, NV 89502<br>    Attorneys for Plaintiffs | By: /s/ Daniel S. Ivie<br>    Daniel S. Ivie, Esq.<br>    SBN 10090<br>    3883 Howard Hughes Pkwy, Ste 1100<br>    Las Vegas, NV 89169<br>    Attorneys for Defendants | By: /s/ Kristen Schuler-Hintz<br>    Kristin Schuler-Hintz, Esq.<br>    SBN 7171<br>    9510 W. Sahara Ave., Ste 200<br>    Las Vegas, NV 89117<br>    Attorneys for Defendant QLS |

STIPULATION AND ORDER TO CHANGE DATE OF ORAL ARUGMENTS ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM AUGUST 14, 2018 AT 10:00 A.M. TO AUGUST 7, 2018 AT 10:00 A.M. IS GRANTED.

## ORDER

IT IS SO ORDERED.

DATED this ___ day of July 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

KOZAK & ASSOCIATES, LLC

By: /s/ Charles R. Kozak
    Charles R. Kozak, Esq.
    (SBN 11179)
    3100 Mill St., Ste 115
    Reno, NV 89502

    Attorney for Plaintiffs